NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

LYNN Z. SMITH,

    Appellant,

v.

MANASQUAN BANK,

    Appellee.

Civ. No. 18-14350

**MEMORANDUM ORDER**

THOMPSON, U.S.D.J.

    IT APPEARING that Appellant Lynn Z. Smith ("Appellant") has filed a Motion for Recusal, asking that the Honorable Anne E. Thompson, U.S. District Judge, recuse herself from this matter (ECF No. 21); and it further

    APPEARING that a judge must recuse herself where her "impartiality might reasonably be questioned," "[w]here [s]he has a personal bias or prejudice concerning a party," and in other circumstances, 28 U.S.C. § 455; *see also* § 144; and it further

    APPEARING that "judicial rulings alone almost never constitute a valid basis for a bias or partiality motion," *Liteky v. U.S.*, 510 U.S. 540, 555 (1994); and it further

    APPEARING that Appellant's Motion cites only a litany of disagreements with previous rulings;

    IT IS on this <u>19th</u> day of February, 2019,

    ORDERED that Appellant's Motion for Recusal (ECF No. 21) is DENIED.

                                          */s/ Anne E. Thompson*
                                          ANNE E. THOMPSON, U.S.D.J.